UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 04-CR-195 |
| | ) | |
| BENJAMIN STARK | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHARLES SCHWAB & Co. Inc./ | ) | |
| TD AMERITRADE, Inc. | ) | |
| Legal Services | ) | |
| Attn: Third Party Legal Process | ) | |
| 3000 Schwab Way | ) | |
| Westlake, TX 76262-8104 | ) | |
| | ) | |
| Garnishee. | ) | |

**FILED APR 19 2024 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia**

## APPLICATION FOR WRIT OF CONTINUING NON-WAGE GARNISHMENT

The United States of America, by and through counsel, the United States Attorney for the District of Columbia, hereby respectfully makes application, in accordance with 18 U.S.C. §§ 3613, 3205 and 3664(k)[1] and, to the Clerk of the United States District Court for a Writ of Continuing Non-Wage Garnishment upon the judgment and commitment order in the above-captioned case that was entered against the Defendant, Benjamin Stark. Mr. Stark last known

---

[1] The United States also grounds its motion on 18 U.S.C. § 3664(k), authorizing a court ordered increase in payments after a material change in the Defendant's economic circumstances. Here, the Defendant's earnings have increased substantially in value since the summary of his financial condition in his Presentence Investigation Report. The Certificate of Service documents the requisite notice to the victim.

address is: 235 3rd Avenue N,Unit 535, St. Petersburg FL 33701, and his social security number is \*\*\*-\*\*-1042. On January 28, 2005, this Court ordered her to pay restitution in the amount of $135,548.00.

U.S. Attorney's Office records reflect that Mr. Stark has an outstanding balance on his restitution obligation of $113,249.17 and has been paying a de minimis monthly amount since 2005. To the extent that the Defendant is the sole named owner and only signatory of the account, the Garnishee is believed to have possession of property in which the Defendant has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agent is:

Charles Schwab & Co. Inc./TD Ameritrade, Inc.
Legal Services
Attn: Third Party Legal Process
3000 Schwab Way
Westlake, TX 76262-8104

Enclosed for your signature is the Notice of Continuing Non-Wage Garnishment that you are required by 28 U.S.C. § 3202(b) to issue. After you have executed the Writ of Continuing Non-Wage Garnishment and the Notice, please return these documents to the undersigned for service on the Defendant and the Garnishee.

\* \* \*

UNITED STATES OF AMERICA

MATTHEW M. GRAVES
United States Attorney
For the District of Columbia
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

MELISSA GOFORTH KOENIG
Assistant United States Attorney
Civil Division, Financial Litigation Unit
601 D Street, N.W.
Washington, DC 20530
(202) 809-3573
melissa.goforth.koenig@usdoj.gov

OLIVER W. MCDANIEL, D.C. Bar No. 377360
Assistant United States Attorney U.S. Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2508
oliver.mcdaniel@usdoj.gov